1 Joel E. Tasca
Nevada Bar No. 14124
2 Lindsay Demaree
Nevada Bar No. 11949
3 BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
4 Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
5 Facsimile:  702.471.7070
tasca@ballardspahr.com
6 demareel@ballardspahr.com

7 *Attorneys for Defendant
JPMorgan Chase Bank, National Association*

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY A. LEWCHANIN,<br><br>    Plaintiff,<br><br>v.<br><br>J P MORGAN CHASE BANK, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | CASE NO.  2:17-cv-00175-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Terry A. Lewchanin's complaint currently is due March 23, 2017.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including April 6, 2017 to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and continue their ongoing discussions about a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: March 22, 2017

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ David H. Krieger |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com |
| *Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3-27-2017